# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JADE SONNIER

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO. 2023 CW 0493

**AUGUST 14, 2023**

---

In Re:   Jade Sonnier, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge,
         No. 729170.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

   **WRIT DENIED.**

                              **CHH**
                              **SMM**

      **McClendon, J.,** concurs.   This matter is proceeding toward
disposition.

COURT OF APPEAL, FIRST CIRCUIT

a.S⌃ɺ

---
DEPUTY CLERK OF COURT
   FOR THE COURT